**96–1761. State ex rel. Diesman v. Indus. Comm.**
Franklin App. No. 95APD09–1175. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal of the appeal of U.S. Playing Card Company,

IT IS ORDERED by the court that the appeal of U.S. Playing Card Company be, and hereby is, dismissed.

The appeal of Industrial Commission of Ohio and Administrator of the Bureau of Workers' Compensation remains pending.